# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00461-CV

### Gibbons Ranch L.P., Appellant

### v.

### William F. Schneider and M. Ann Schneider, Appellees

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
### NO. 8184, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss its appeal advising that it no longer wishes to pursue this appeal because the parties have settled the controversy between them.

The appeal is dismissed on motion of appellant. Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   September 10, 2004